UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER DARRYL SCOTT**                    **CIVIL ACTION**

**VERSUS**                                      **NO. 23-05**

**KILOLO KIJAKAZI, ACTING**                     **SECTION "B" (2)**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION**

## ORDER

The Court, having reviewed the complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that Defendant's Motion to Reverse and Remand was unopposed and as of this date Plaintiff has filed no objection to the Magistrate Judge's Report and Recommendation, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Defendant's Unopposed Motion to Reverse and Remand (ECF No. 15) is **GRANTED**, and judgment is entered **REVERSING** the Commissioner's decision and **REMANDING** the case for further administrative proceedings.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 12) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 3rd day of August, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE